# Exhibit A

PD.6564460.1

## In the Circuit Court of the Sixth Judicial Circuit

## In and For Pinellas County, FL



21 – 003111 – CI
COMP
COMPLAINT
1386302

**Brittany Williams**

Case No.: 21- 003111 - CI

v.

**Lowe's Home Centers LLC**



### Lawsuit

Brittany Williams has filed a lawsuit against Lowe's Home Center LLC in pursuant to Florida Civil Rule 1.140 for business tort as explained by the Florida's Deceptive and Unfair Trade Act ("FDUTA").

501.204   Unlawful acts and practices.—

(1)   Unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful.

According to FDUTA, S.S. 501.201 et seq, Florida Statues, allows a person to sue a business for unfair competition and deceptive or unconscionable business practices.

FDUPTA states that **"unfair methods of competition**, unconscionable acts or practices, and unfair or deceptive acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce are hearby declared

**unlawful."** Fla Stat. S.S. 501.204(1). "An unfair practice offends established public policy and is immoral unethical, oppressive, unscrupulous or **substantially injurious to consumers."** *Stewart Agency, Inc v Arrigo Enterprise, INC, 266 So. 3d 207 (Fla. 4th DCA 2019). Deception occurs if there is a* **"representation, omission, or, practice that is likely to mislead the consumer acting reasonably in the circumstances, to the consumer's detriment."** *PNR, Inc. v. So. 2d 773 (Fla. 2003), " In any action brought by a person by a person who suffered a loss as a result of a violation of this part such person may recover actual damages, plus attorney fees and court cost." Fla. Stat. S.S. 501.211(2).*

Lowe's Home Center displayed business tort towards Brittany Williams by requesting to dismiss her previous employment discrimination lawsuit after she had been discriminated against for her mental and physical disability and force to not return to work.

### Memorandum of Law

On December 14th, 2021 Brittany Williams filed her complaint against Lowe's Home Centers LLC.

On December 20, 2020 Lowe's Home Centers LLC filed a motion to dismiss for improper jurisdiction and multiple other factors.

The middle district court dismissed the case for no proof of service.

On June 25th, 2021 Brittany Williams filed a new case for business tort titled, Brittany Williams V. Lowe's Home Centers LLC.

### Punitive Damages

Brittany Williams is seeking $5 million for emotional stress of what has occurred since her first encounter with Lowe's Home Center LLC in 2020.

Submitted Respectfully,

*Brittany Williams*

Brittany Williams

14330 58th St. N #4102

Clearwater, Fl 33760

941-348-4451

Motherof21991@gmail.com